IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**AMANDA SURRATT,**   3:10-CV-01555-AC

       Plaintiff,   ORDER

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

       Defendant.

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#18) on March 19, 2012, in which he recommends this Court reverse and remand the Commissioner's decision denying Plaintiff's application for supplemental security income benefits for further administrative proceedings. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and

1 - ORDER

Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v.* Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#18). Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

IT IS SO ORDERED.

DATED this 10th day of April, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER