IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


AMANDA SURRATT,                              3:10-CV-01555-AC

            Plaintiff,                       JUDGMENT OF REMAND

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

            Defendant.


    Based on the Court's Order (#20) issued April 10, 2012, the

Court hereby **REMANDS** this matter to the above administrative

agency for further administrative proceedings.

    DATED this 10th day of April, 2012



                              /s/ Anna J. Brown
                              _____
                              ANNA J. BROWN
                              United States District Judge



1 - JUDGMENT OF REMAND