IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **AMANDA SURRATT,** | 3:10-CV-01555-AC |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner, Social Security**<br>**Administration,** | |
| Defendant. | |

    Based on the Court's Order (#20) issued April 10, 2012, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

    DATED this 10th day of April, 2012

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT OF REMAND